United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR LEDO, et al., | Case No. 17-CV-02393-LHK |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GUILLERMO PRADO, et al., | |
| Defendants. | |

On December 6, 2018, the Court granted the motion for final approval of class action settlement and granted the motion for attorney's fees and expenses. ECF No. 51. Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: December 6, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-02393-LHK
JUDGMENT

1